Petitioner's brief is due within 21 days from the date of filing of this order.

## Humphrey A. TAYLOR, Plaintiff–Appellant,

v.

## UNITED STATES, Defendant–Appellee.

### No. 2008–5064.

United States Court of Appeals, Federal Circuit.

Nov. 19, 2008.

Lorenzo W. Tijerina, Principal Attorney, San Antonio, TX, for Plaintiff–Appellant.

Robert C. Bigler, Principal Attorney, Department of Justice, Washington, DC, for Defendant–Appellee.

### ORDER

Plaintiff–Appellant, Humphrey A. Taylor, moves for reconsideration of the court's November 10, 2008 order dismissing his notice of appeal for failure to file an appendix pursuant to Fed. Cir. R. 30(a).

Petitioner has now submitted an appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for reinstatement is granted.

(2) The court's November 10, 2008 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.